UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| MARK FEATHERS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., WELLS FARGO BANK THROUGH ITS WHOLLY OWNED SUBSIDIARY WELLS FARGO HOME MORTGAGE, AND NBS DEFAULT SERVICES, LLC,<br><br>Defendants. | Case No. 5:16-cv-00086-EJD<br><br>[Proposed] ORDER GRANTING REQUEST FOR CONTINUANCE OF THE ORDER TO SHOW CAUSE<br><br>Courtroom: 4<br>The Hon. Edward J. Davila<br><br>Action Filed: January 7, 2016<br>Trial Date: None Set |

Defendants Bank of America, N.A. and Wells Fargo Bank, N.A. have requested a continuance on the Order to Show Cause as to Why a Preliminary Injunction should not issue. The hearing is presently set for January 29, 2016, at 9:00 a.m.

The Defendants have agreed that the temporary restraining order should remain in effect until such time the hearing on the order should cause should be completed. Defendants have requested two weeks to file their opposition to the order to show cause. In addition, Defendants have represented to the court that the foreclosure sale has been postponed until March 29, 2016.

The court finds that the request for a continuance is reasonable so long as the temporary restraining order remains in effect. The court finds good cause for an extension of the TRO under FRCP 65(b)(2) due to Defendants' consent.

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause as to Why a Preliminary Injunction should not issue is continued to February 18, 2016 at 11:00 a.m. Defendants are to

55000.1786/6414724.1                                              5:16-cv-00086-EJD

1  file written opposition to the motion not to exceed 10 pages no later than 4:00 p.m. on February
2  9 , 2016.  Plaintiff may file any reply not to exceed 6 pages by February 15 , 2016.
3     IT IS FURTHER ORDERED that the temporary restraining order shall remain in effect
4  and Defendants are enjoined and shall not proceed with any trustee's sale of the real property
5  commonly known as 1520 Grant Road, Los Altos, California, 94024, which sale is currently set
6  for March 29, 2016.
7     IT IS FURTHER ORDER that the temporary restraining order shall remain in effect until
8  24 hours after the continued hearing date set above unless otherwise modified by this court.

10  DATED: January 26, 2016
            at 8:30 a.m.

            _____
            EDWARD J. DAVILA
            JUDGE OF THE UNITED STATES DISTRICT
            COURT