UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK FEATHERS,

    Plaintiff,

v.

BANK OF AMERICA , N.A., et al.,

    Defendants.

Case No. 5:16-cv-00086-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 55), the court has determined that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for May 12, 2016, is CONTINUED to **10:00 a.m. on August 25, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **August 18, 2016.**

**IT IS SO ORDERED.**

Dated: May 9, 2016

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:16-cv-00086-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE